■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE DAVIS, Appellant. (Appeal No. 1.) [779 NYS2d 376]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered August 7, 2002. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE DAVIS, Appellant. (Appeal No. 2.) [779 NYS2d 376]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered August 7, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE DAVIS, Appellant. (Appeal No. 3.) [779 NYS2d 376]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered August 7, 2002. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.